# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2011

142059

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DENISE REEVES, Guardian of ARTHUR L.
REEVES a/k/a MICHAEL TALLY,
      Plaintiff-Appellee,

v

MIDMICHIGAN HEALTH d/b/a GRATIOT
MEDICAL CENTER,
      Defendant-Appellant,

and

NATHAN Z. ZZIWAMBAZZA, M.D., and
EMERGENCY PHYSICIANS MEDICAL
GROUP, P.C.,
      Defendants.

SC: 142059
COA: 291855
Gratiot CC: 07-010757-NH

_____/

      On order of the Court, the application for leave to appeal the September 30, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the November 18, 2008 order of the Gratiot Circuit Court granting Gratiot Medical Center summary disposition.

      MARILYN KELLY and HATHAWAY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2011

h0503

_____
Clerk